

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-14-2006

# Amjad v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3709

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Amjad v. Atty Gen USA" (2006). *2006 Decisions.* Paper 1588.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1588

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

Nos. 04-3709, 04-4647

———

RAFIQ AMJAD and ASTER AMJAD,
                                                    Petitioners
v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                    Respondent

———

Petition for Review of the Order
of the Board of Immigration Appeals
(A95 467 602, A95 467 603)

———

Argued October 24, 2005

Before: SLOVITER, FISHER, Circuit Judges,
and THOMPSON, District Judge*

———

ORDER AMENDING NOT PRECEDENTIAL OPINION

Upon consideration of the petition for panel rehearing, the Court has

decided to amend the not precedential opinion filed November 29, 2005 in the following

respect:

———

* Hon. Anne E. Thompson, United States District Judge for the District of New
Jersey, sitting by designation.

Page 9, line 11 - delete the sentence beginning "Rather than decide this case on the Amjads' knowledge . . ." and substitute "After careful consideration of the record, we cannot conclude that the IJ's adverse credibility determination lacks substantial evidence support. Moreover, we note that there is a striking deficiency in petitioners' case – the lack of evidence that the Pakistani government was responsible for the incidents on which they base their claim of persecution." Continue with the sentence "We repeat that portion . . . ."

By the Court,


/s/   Dolores K. Sloviter
Circuit Judge


Dated: February 14, 2006